UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADMIRAL INS. CO.,

    Plaintiff(s),

v.                                        Case No: 8:17-cv-1410-T-26MAP

JAMES P. HINES, JR., *etc., et al.*,

    Defendant(s).
_____/

## ORDER

**UPON DUE CONSIDERATION**, it is hereby, **ORDERED and ADJUDGED** that the undersigned recuses himself from the above-styled cause because James P. Hines, Jr., and his law firm, has in the past and to this day, represents the interests of the undersigned and other family members in various legal matters. **ACCORDINGLY,** the Clerk is directed to reassign in accordance with established procedures.

**DONE and ORDERED** at Tampa, Florida, on June 15, 2017.

                                                  RICHARD A. LAZZARA
                                                  UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record